Request for Jurisdiction Transfer — April 2, 2025
Name of Offender: Emerie Nelson Tims

| PROB 22 (Rev. 01/24) | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| | 2:13-cr-00388-JVS |

## TRANSFER OF JURISDICTION

**DOCKET NUMBER (Rec. Court):** 2:25-cr-00292-RFB-EJY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Mr. Emerie Nelson Tims | Central of California | Western |
| | **NAME OF SENTENCING JUDGE:** James V. Selna | |
| | **DATES OF PROBATION/SUPERVISED RELEASE** FROM September 20, 2024 TO September 19, 2029 | |

FILED SEPT 19 2025 — CLERK, U.S. DISTRICT COURT, DISTRICT OF NEVADA — BY: AMMi DEPUTY

**OFFENSE**
21 USC 846, 841(b)(1)(B): Conspiracy to Distribute and Possess with intent Distribute Cocaine Base

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **CENTRAL** DISTRICT OF **CALIFORNIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 3, 2025
*Date*

*(signature)* James V. Selna
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/22/2025
*Effective Date*

*(signature)*
*United States District Judge*